IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:19 CR 244 |
| | ) | Title 18, United States Code, Section 1709 |
| DONALD WHITE, | ) | |
| Defendant. | ) | JUDGE ADAMS |

### COUNT 1
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury charges:

Between in or around November 2018 and continuing through in or around December 2018, in the Northern District of Ohio, Eastern Division, Defendant DONALD WHITE, being a Postal Service officer or employee, did knowingly embezzle mail entrusted to him and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service; and did steal, abstract and remove from such mail, articles and things contained therein, to wit: cash, gift cards, money orders, and personal checks totaling approximately $3,027, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.